**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

vs. Cr. 02-89 RHK

Rafael Birruetta-Arrellano,

Defendant.

**NOTICE OF STATUS CONFERENCE**

A STATUS CONFERENCE is scheduled for August 16, 2005, at 8:30 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

Note: Status conference is regarding Evidentiary Hearing.

August 1, 2005

RICHARD D. SLETTEN
Clerk of U.S. District Court

s/Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel