# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Rafael Birruetta-Arrellano - 2,

Defendants.

**COURT MINUTES**
BEFORE: Richard Kyle
U.S. Judge

| | |
|---|---|
| Case No: | Cr 02-89 2 |
| Date: | August 16, 2005 |
| Court Reporter: | Robert Riley |
| Tape Number: | |
| Time Commenced: | 8:30 |
| Time Concluded: | 8:45 |
| Time in Court: | Hours & 15 Minutes |

APPEARANCES:

Plaintiff: Andrew Dunne, Assistant U.S. Attorney
Defendant(s): Nancy Vanderheider for Rafael Birruetta-Arrellano - 2 9 FPD 9 CJA 9 Retained

STATUS CONFERENCE REGARDING DEFENDANT'S 2255 Motion - for evidentiary hearing.

Continued until defendant is present.

s/Deborah Siebrecht
Signature of Calendar Clerk