**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

vs. CR. 02-89-20 RHK

Rafael Birruetta-Arrellano,

Defendant.

**NOTICE OF HEARING**

A HEARING is scheduled for November 17, 2005, at 9:30 AM, before Judge Richard H. Kyle, in Courtroom #13W, Minneapolis, Minnesota.

November 9, 2005

RICHARD D. SLETTEN
Clerk of U.S. District Court

s/Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel