# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Rafael Birruetta-Arrellano,
,
,
Defendants.

**COURT MINUTES**
BEFORE: Richard Kyle
U.S. Judge

| | |
|---|---|
| Case No: | Cr. 02-87-02 RHK and CV 03-5489 2 |
| Date: | November 17, 2005 |
| Court Reporter: | Robert Riley |
| Tape Number: | |
| Time Commenced: | 9:30 |
| Time Concluded: | 10:15 |
| Time in Court: | Hours & 45 Minutes |

APPEARANCES:

Plaintiff: Andrew Dunne, Assistant U.S. Attorney
Defendant(s): Nancy Vanderheider for Rafael Birruetta-Arrellano 9 FPD 9 CJA 9 Retained

Evidentiary Hearing Regarding Defendant's 2255 Motion: argued and denied.

s/Deborah Siebrecht
Signature of Calendar Clerk