# UNITED STATES DISTRICT COURT

## District of Minnesota

United States of America,

Plaintiff,

v.

Rafael Birruetta-Arrellano,

Defendant.

**Case No. CR 02-89 (2) RHK/AJB**

**JUDGMENT IN A CRIMINAL CASE**

() **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED** (1) Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, (Doc. No. 136), is **DENIED**; and
(2) Defendant will not be granted a certificate of appealability if he should appeal this Order to the Eighth Circuit Court of Appeals.

Date: December 13, 2005

RICHARD D. SLETTEN, CLERK

s/Jackie Ellingson

(By) Jackie Ellingson, Deputy Clerk